**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MARKOWSKI, JACK L. | § Case No. 09-74241 |
| HOWE-MARKOWSKI, KAREN J. | § |
| | § |
| Debtor(s) HOWE, KAREN | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　Clerk of The U S Bankruptcy Court
　　　211 South Court Street
　　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/29/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

　　　Dated:  <u>10/20/2010</u>　　　By:  <u>/s/BERNARD J. NATALE</u>
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com


**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MARKOWSKI, JACK L. § Case No. 09-74241
   HOWE-MARKOWSKI, KAREN J. §
               §
Debtor(s) HOWE, KAREN         §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $ 7,646.43

*and approved disbursements of*   $ 1,661.48

*leaving a balance on hand of* [1]   $ 5,984.95

**Balance on hand:**   $ 5,984.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 5,984.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 50.23 | 0.00 | 50.23 |

Total to be paid for chapter 7 administration expenses:  $      2,550.23
Remaining balance:  $      3,434.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $      3,434.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,420.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 1 | PYOD LLC as assignee of MHC Rec, LLC | 895.72 | 0.00 | 59.83 |
| 2 | PYOD LLC as assignee of Citibank | 1,514.23 | 0.00 | 101.15 |
| 3 | PYOD LLC as assignee of Citibank | 255.03 | 0.00 | 17.04 |
| 4 | PYOD LLC as assignee of Citibank | 738.05 | 0.00 | 49.30 |
| 5 | Capital One Bank (USA), N.A. | 2,616.37 | 0.00 | 174.76 |
| 6 | Chase Bank USA, N.A. | 5,559.66 | 0.00 | 371.37 |
| 7 | Capital Recovery III LLC As Assignee of WellsFargo | 3,499.42 | 0.00 | 233.75 |
| 8 | Capital Recovery III LLC As Assignee of WellsFargo | 1,493.38 | 0.00 | 99.75 |
| 10 | Cabella Visa | 8,835.69 | 0.00 | 590.19 |
| 11 | Chase Bank USA, N.A. | 5,394.53 | 0.00 | 360.34 |
| 12 | State Farm Bank | 8,324.20 | 0.00 | 556.03 |
| 13 | Fia Card Services, NA/Bank of America | 12,294.22 | 0.00 | 821.21 |

Total to be paid for timely general unsecured claims: $ 3,434.72
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 25,361.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 14 | PRA Receivables Management, LLC | 10,009.26 | 0.00 | 0.00 |
| 15 | PRA Receivables Management, LLC | 15,352.45 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:                                    $           0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | N/A | | | |

Total to be paid for subordinated claims:   $           0.00
Remaining balance:                          $           0.00


    Prepared By:   /s/BERNARD J. NATALE
                                  Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 2               Date Rcvd: Nov 03, 2010
Case: 09-74241                Form ID: pdf006             Total Noticed: 41

The following entities were noticed by first class mail on Nov 05, 2010.
db/jdb       +Jack L. Markowski,   Karen J. Howe-Markowski,   5318 Irish Lane,   Harvard, IL 60033-9602
aty          +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
aty          +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
14516665     +Animal Hospital of Woodstock,   11711 Catalpa,   Woodstock, IL 60098-6924
14516666      Bank of America,   4060 Ogleton Stan,   Mail Code DES-019,   Newark, DE 19713
14516668     +Beneficial,   P.O. Box 17574,   Baltimore, MD 21297-1574
14516672      CB USA Sears,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
14516670      Cabella Visa,   World's Foremost Bank,   P O Box 82609,   Lincoln, NE 68501-2609
14516671     +Capital One,   1957 Westmoreland,   Post Office Box 26094,   Richmond, VA 23260-6094
15100137      Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
               Charlotte, NC 28272-1083
15102331     +Capital Recovery III LLC As Assignee of WellsFargo,   Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14516673     +Centegra Memorial Medical Center,   P.O. Box 1990,   Woodstock, IL 60098-1990
14516674     +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
15100657      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14516675     +Chase Home Equity & Consumer Lend.,   1111 Polaris Pkwy,   Columbus, OH 43240-2031
14516676     +Credit One,   c/o Alliance One Receivable Mgmt,   4850 Street Road, #300,
               Trevose, PA 19053-6643
14516677     +Credit One Bank,   P.O. BOX 98872,   Las Vegas, NV 89193-8872
14516678     +Fist Savings Credit Card,   Post Office Box 2957,   Omaha, NE 68103-2957
14516681     +HSBC Auto Finance,   P.O. Box 60169,   City Of Industry, CA 91716-0169
14547099     +HSBC Auto Finance,   P O Box 829009,   Dallas, TX 75382-9009
14516682      HSBC Card Services,   P.O. Box 17051,   Baltimore, MD 21297-1051
14516679      Home Depot Credit Services,   Post Office Box 689100,   Des Moines, IA 50368-9100
14516680     +Homestar Mortgage,   3 Diversatech,   Manteno, IL 60950-9201
14516683     +Macy's,   111 Boulder Industrial Drive,   Bridgeton, MO 63044-1241
14516684     +Michigan Tax Lien Solutions,   c/o Chris Micklatcher,   835 Golden Avenue,
               Battle Creek, MI 49014-4573
14516685     +National West Bank,   c/o Asset Acceptance,   Post Office Box 2036,   Warren, MI 48090-2036
14516686     +National Westminster Bank,   774 Alexander Rd.,   West Windsor, NJ 08540-6305
15530633     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
               c/o HSBC CONSUMER LENDING (USA) INC,   POB 41067,   NORFOLK VA 23541-1067
15062303     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
15062300     +PYOD LLC its successors and assigns as assignee of,   MHC Receivables, LLC,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14516688     +Richmond Health System,   c/o Bon Secours,   Post Office Box 28538,   Richmond, VA 23228-8538
14516689      Richmond Health System,   St. Mary's Hospital,   Post Office box 409553,   Atlanta, GA 30384-9553
15189613      State Farm Bank,   POB 3001,   Malvern, PA 19355-0701
14516690      State Farm Bank,   Post Office. Box 23025,   Columbus, GA 31902-3025
14516691     +Wells Fargo,   Post Office Box 98791,   Las Vegas, NV 89193-8791
14516692     +Wells Fargo Auto Finance,   PO Box 29704,   Phoenix, AZ 85038-9704
The following entities were noticed by electronic transmission on Nov 04, 2010.
14516667      E-mail/Text: bankruptcy@bbandt.com                            BB & T,   PO Box 1847,
               Wilson, NC 27894
14927847      E-mail/PDF: rmscedi@recoverycorp.com Nov 04 2010 12:08:18      Capital Recovery III LLC,
               Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 S E 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
15485495      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 04 2010 02:58:34
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 3
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
14516669*    +Beneficial,   Post Office Box 17574,   Baltimore, MD 21297-1574
14516687*    +National Westminster Bank,   774 Alexander Road,   West Windsor, NJ 08540-6305
15530664*    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
               c/o HSBC CONSUMER LENDING (USA) INC,   POB 41067,   NORFOLK VA 23541-1067
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: jshores              Page 2 of 2                Date Rcvd: Nov 03, 2010
Case: 09-74241                Form ID: pdf006            Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2010**                    **Signature:**    *Joseph Speetjens*