**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MARKOWSKI, JACK L. § Case No. 09-74241
HOWE-MARKOWSKI, KAREN J. §
§
Debtor(s) HOWE, KAREN §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $367,485.00 *(without deducting any secured claims)* | Assets Exempt: $35,200.00 |
| Total Distribution to Claimants: $3,434.72 | Claims Discharged Without Payment: $73,347.49 |
| Total Expenses of Administration: $4,211.71 | |

3) Total gross receipts of $ 7,646.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,646.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $389,062.49 | $26,580.91 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,564.35 | 4,211.71 | 4,211.71 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 452.60 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 44,878.94 | 76,782.21 | 76,782.21 | 3,434.72 |
| **TOTAL DISBURSEMENTS** | $434,394.03 | $108,927.47 | $80,993.92 | $7,646.43 |

    4) This case was originally filed under Chapter 7 on September 30, 2009. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/22/2011    By: /s/BERNARD J. NATALE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ford F1910 tractor w/attachments | 1129-000 | 7,645.00 |
| Interest Income | 1270-000 | 1.43 |
| **TOTAL GROSS RECEIPTS** | | **$7,646.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Branch Banking & Trust Company | 4110-000 | N/A | 26,580.91 | 0.00 | 0.00 |
| 16 | Chase Home Equity & Consumer Lending | 4110-000 | 77,518.86 | N/A | N/A | 0.00 |
| 17 | Homestar Mortgage | 4110-000 | 284,738.63 | N/A | N/A | 0.00 |
| 18 | HSBC Auto Finance | 4110-000 | 11,805.00 | N/A | N/A | 0.00 |
| 19 | Wells Fargo Auto Finance | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$389,062.49** | **$26,580.91** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 50.23 | 50.23 | 50.23 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,338.00 | 1,500.00 | 1,500.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,514.64 | 1,000.00 | 1,000.00 |
| ACTION AUCTIONEERING | 3610-000 | N/A | 1,656.75 | 1,656.75 | 1,656.75 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.73 | 4.73 | 4.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 5,564.35 | 4,211.71 | 4,211.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Michigan Tax Lien Solutions | 5800-000 | 452.60 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 452.60 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC as assignee of MHC Rec, LLC | 7100-000 | N/A | 895.72 | 895.72 | 59.83 |
| 2 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,514.23 | 1,514.23 | 101.15 |
| 3 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 255.03 | 255.03 | 17.04 |
| 4 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 738.05 | 738.05 | 49.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,616.37 | 2,616.37 | 174.76 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,559.66 | 5,559.66 | 371.37 |
| 7 | Capital Recovery III LLC As Assignee of WellsFargo | 7100-000 | N/A | 3,499.42 | 3,499.42 | 233.75 |
| 8 | Capital Recovery III LLC As Assignee of WellsFargo | 7100-000 | N/A | 1,493.38 | 1,493.38 | 99.75 |
| 10 | Cabella Visa | 7100-000 | N/A | 8,835.69 | 8,835.69 | 590.19 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,394.53 | 5,394.53 | 360.34 |
| 12 | State Farm Bank | 7100-000 | N/A | 8,324.20 | 8,324.20 | 556.03 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 12,294.22 | 12,294.22 | 821.21 |
| 14 | PRA Receivables Management, LLC | 7200-000 | N/A | 10,009.26 | 10,009.26 | 0.00 |
| 15 | PRA Receivables Management, LLC | 7200-000 | N/A | 15,352.45 | 15,352.45 | 0.00 |
| 21 | Animal Hospital of Woodstock | 7100-000 | 887.03 | N/A | N/A | 0.00 |
| 22 | Bank of America | 7100-000 | 10,700.26 | N/A | N/A | 0.00 |
| 23 | BB & T | 7100-000 | 25,486.56 | N/A | N/A | 0.00 |
| 24 | Centegra Memorial Medical Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| 25 | Credit One | 7100-000 | unknown | N/A | N/A | 0.00 |
| 26 | Fist Savings Credit Card | 7100-000 | 398.77 | N/A | N/A | 0.00 |
| 27 | HSBC Card Services | 7100-000 | 1,331.92 | N/A | N/A | 0.00 |
| 28 | Macy's | 7100-000 | 1,521.96 | N/A | N/A | 0.00 |
| 29 | National West Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| 30 | National Westminister Bank | 7100-000 | 2,852.44 | N/A | N/A | 0.00 |
| 31 | Richmond Health System | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 44,878.94 | 76,782.21 | 76,782.21 | 3,434.72 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-74241  
**Case Name:** MARKOWSKI, JACK L.  
HOWE-MARKOWSKI, KAREN J.  
**Period Ending:** 02/22/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/30/09 (f)  
**§341(a) Meeting Date:** 11/05/09  
**Claims Bar Date:** 05/04/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 5318 Irish Lane, Harvard, IL | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Bank of America | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account-Bank of America | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checing account-TCF Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account-Chase Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Utility security deposit-ComEd | 185.00 | 185.00 | DA | 0.00 | FA |
| 7 | Miscellaneous household goods & furnishings-debt | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel-debtors' possession | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry-debtors' possession | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Subaru Forester; subject to lien of Wells F | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Pontiac Montana; subject to lien of HSBC Au | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | PUG | 500.00 | 100.00 | DA | 0.00 | FA |
| 13 | Fax | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | Ford F1910 tractor w/attachments | 7,000.00 | 7,000.00 | | 7,645.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.43 | FA |
| 15 | Assets Totals (Excluding unknown values) | **$374,485.00** | **$7,285.00** | | **$7,646.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE LIQUIDATING PERSONAL PROPERTY.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010     **Current Projected Date Of Final Report (TFR):** October 20, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-74241  
**Case Name:** MARKOWSKI, JACK L.  
HOWE-MARKOWSKI, KAREN J.  
**Taxpayer ID #:** **-***2768  
**Period Ending:** 02/22/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****27-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/10 | {14} | Action Auctioneering | Sale of tractor, rake, mower, brush hog. | 1129-000 | 7,645.00 | | 7,645.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.04 | | 7,645.04 |
| 04/06/10 | | Wire out to BNYM account 9200******2765 | Wire out to BNYM account 9200******2765 | 9999-000 | -7,645.04 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -7,645.04 | 0.00 | |
| **Subtotal** | 7,645.04 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,645.04** | **$0.00** | |

{} Asset reference(s)

Printed: 02/22/2011 03:14 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-74241 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | MARKOWSKI, JACK L. | | **Bank Name:** | The Bank of New York Mellon |
| | HOWE-MARKOWSKI, KAREN J. | | **Account:** | 9200-******27-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2768 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 02/22/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | 9999-000 | 7,645.04 | | 7,645.04 |
| 04/28/10 | | To Account #9200******2766 | Transfer to pay fees of Auctioneer | 9999-000 | | 1,700.00 | 5,945.04 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 5,945.37 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 5,945.72 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.34 | | 5,946.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 5,946.41 |
| 08/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.02 | | 5,946.43 |
| 08/02/10 | | To Account #9200******2766 | Transfer for Final Report | 9999-000 | | 5,946.43 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,646.43 | 7,646.43 | $0.00 |
| | | | Less: Bank Transfers | | 7,645.04 | 7,646.43 | |
| | | | **Subtotal** | | **1.39** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.39** | **$0.00** | |

{} Asset reference(s)           Printed: 02/22/2011 03:14 PM    V.12.56

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74241  
**Case Name:** MARKOWSKI, JACK L.  
HOWE-MARKOWSKI, KAREN J.  
**Taxpayer ID #:** **-***2768  
**Period Ending:** 02/22/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/10 | | From Account #9200******2765 | Transfer to pay fees of Auctioneer | 9999-000 | 1,700.00 | | 1,700.00 |
| 04/28/10 | 101 | ACTION AUCTIONEERING | Pymt of Fees | 3610-000 | | 1,656.75 | 43.25 |
| 06/03/10 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-74241, BOND #016018067 | 2300-000 | | 4.73 | 38.52 |
| 08/02/10 | | From Account #9200******2765 | Transfer for Final Report | 9999-000 | 5,946.43 | | 5,984.95 |
| 12/02/10 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 4,984.95 |
| 12/02/10 | 104 | PYOD LLC as assignee of MHC Rec, LLC | Distribution paid 6.67% on $895.72; Claim# 1; Filed: $895.72; Reference: 4113 | 7100-000 | | 59.83 | 4,925.12 |
| 12/02/10 | 105 | PYOD LLC as assignee of Citibank | Distribution paid 6.67% on $255.03; Claim# 3; Filed: $255.03; Reference: 4573 | 7100-000 | | 17.04 | 4,908.08 |
| 12/02/10 | 106 | Capital One Bank (USA), N.A. | Distribution paid 6.67% on $2,616.37; Claim# 5; Filed: $2,616.37; Reference: 8477 | 7100-000 | | 174.76 | 4,733.32 |
| 12/02/10 | 107 | Capital Recovery III LLC As Assignee of WellsFargo | Distribution paid 6.67% on $3,499.42; Claim# 7; Filed: $3,499.42; Reference: 0786 | 7100-000 | | 233.75 | 4,499.57 |
| 12/02/10 | 108 | Capital Recovery III LLC As Assignee of WellsFargo | Distribution paid 6.67% on $1,493.38; Claim# 8; Filed: $1,493.38; Reference: 1419 | 7100-000 | | 99.75 | 4,399.82 |
| 12/02/10 | 109 | Cabella Visa | Distribution paid 6.67% on $8,835.69; Claim# 10; Filed: $8,835.69; Reference: 4032 | 7100-000 | | 590.19 | 3,809.63 |
| 12/02/10 | 110 | State Farm Bank | Distribution paid 6.67% on $8,324.20; Claim# 12; Filed: $8,324.20; Reference: 8792 | 7100-000 | | 556.03 | 3,253.60 |
| 12/02/10 | 111 | Fia Card Services, NA/Bank of America | Distribution paid 6.67% on $12,294.22; Claim# 13; Filed: $12,294.22; Reference: 2449/7871 | 7100-000 | | 821.21 | 2,432.39 |
| 12/02/10 | 112 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,550.23 | 882.16 |
| | | | Dividend paid 100.00% on $1,500.00; Claim# ATTY; Filed: $2,338.00 | 3110-000 | 1,500.00 | | 882.16 |
| | | | Dividend paid 100.00% on $50.23; Claim# EXP; Filed: $50.23 | 3120-000 | 50.23 | | 882.16 |
| 12/02/10 | 113 | Chase Bank USA, N.A. | Combined Check for Claims#6,11 | | | 731.71 | 150.45 |
| | | | Dividend paid 6.67% on $5,559.66; Claim# 6; Filed: $5,559.66; Reference: 8440 | 7100-000 | 371.37 | | 150.45 |
| | | | Dividend paid 6.67% on $5,394.53; Claim# 11; Filed: $5,394.53; | 7100-000 | 360.34 | | 150.45 |

Subtotals : $7,646.43    $7,495.98

{} Asset reference(s)                                                                                              Printed: 02/22/2011 03:14 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-74241 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | MARKOWSKI, JACK L. | | **Bank Name:** | The Bank of New York Mellon |
| | HOWE-MARKOWSKI, KAREN J. | | **Account:** | 9200-******27-66 - Checking Account |
| **Taxpayer ID #:** | **-***2768 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 02/22/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 5307 | | | | |
| 12/02/10 | 114 | PYOD LLC as assignee of Citibank | Combined Check for Claims#2,4 | | | 150.45 | 0.00 |
| | | | Dividend paid 6.67% on 101.15<br>$1,514.23; Claim# 2;<br>Filed: $1,514.23;<br>Reference: 3075 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.67% on 49.30<br>$738.05; Claim# 4;<br>Filed: $738.05;<br>Reference: 2479 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,646.43 | 7,646.43 | $0.00 |
| | | | Less: Bank Transfers | | 7,646.43 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,646.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $7,646.43 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****27-65** | 7,645.04 | 0.00 | 0.00 |
| **MMA # 9200-******27-65** | 1.39 | 0.00 | 0.00 |
| **Checking # 9200-******27-66** | 0.00 | 7,646.43 | 0.00 |
| | $7,646.43 | $7,646.43 | $0.00 |

{} Asset reference(s)     Printed: 02/22/2011 03:14 PM    V.12.56